IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL WRIGHT and TERRY WRIGHT, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-CV-03106 |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | § § § | |
| Defendant. | § § | |

## ORDER

On this day, the Court considered the Parties' Joint Motion to Stay. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Parties' request for a stay of formal proceedings to pursue alternative dispute resolution is GRANTED. All formal proceedings in the above-captioned matter are STAYED until August 19, 2019.

IT IS FURTHER ORDERED that the Initial Pretrial and Scheduling Conference currently scheduled for Friday, March 15, 2019 is hereby VACATED.

IT IS FURTHER ORDERED that during the stay, the Parties shall notify the Court if the matter is resolved.

IT IS FURTHER ORDERED that, if the matter is not resolved during the stay, the Parties must notify the Court within 14 days after the last day of the stay period that the matter is not resolved, so that the Court may enter new deadlines.

SIGNED this 11th day of March, 2019.

Keith P. Ellison
United States District Judge